IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:18-CV-2109 |
| | ) |
| Plaintiff, | ) JUDGE JOHN R. ADAMS |
| | ) |
| v. | ) |
| | ) |
| FUNDS IN THE AMOUNT OF $23,110.82 | ) |
| SEIZED PURSUANT TO THE EXECUTION OF | ) |
| A FEDERAL SEIZURE WARRANT FROM A | ) |
| CRYPTOCURRENCY ACCOUNT IN THE | ) |
| (FULL) NAME OF GUANGHUA ZHENG; | ) |
| USERNAME: zhengfujing@[redacted].cn, | ) |
| | ) **NOTICE OF SERVICE** - RE: GUANGHUA |
| Defendant. | ) ZHENG AND FUJING ZHENG |

On September 14, 2018, the United States filed a Complaint in Forfeiture (R. 1) in the above-captioned case against the defendant funds in the amount of $23,110.82.

On September 19, 2018, DEA SA Matthew N. Fitzpatrick sent notices of the action and a copy of the Complaint in Forfeiture by electronic mail to Fujing Zheng and Guanghua Zheng (the father of Fujing Zheng) at the following e-mail address: gordonzheng@[redacted].com. Gordon Zheng is an alias for Fujing Zheng.  (*See*, N.D. Ohio Case No. 1:18-CR-474; R. 1: Indictment.)  Rule G(4)(b)(iv) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions recognizes notice sent by electronic mail.

Guanghua Zheng and Fujing Zheng – both Chinese nationals living in or around Shanghai, China - are potential claimants in the above-captioned case.  On August 17, 2018, a

43-count Indictment was returned against them in N.D. Ohio Case No. 1:18-CR-474. As represented to the undersigned counsel by SA Fitzpatrick, the e-mail address set forth above is a known e-mail address for Guanghua Zheng and Fujing Zheng.

The following documents were attached to the e-mail sent by SA Fitzpatrick:

- A copy of the Complaint in Forfeiture (R. 1).

- Notice of Forfeiture addressed to Fujing Zheng. (R. 1-5: Notice of Forfeiture.)

- Notice of Forfeiture addressed to Guanghua Zheng. (R. 1-6: Notice of Forfeiture.)

In the e-mail, SA Fitzpatrick included his contact information in the event Fujing Zheng and/or Guanghua Zheng had any questions. The transmission of the e-mail was successful. SA Fitzpatrick did not receive an "undeliverable" error message showing either that the message was not delivered or that the e-mail address was invalid.

                Respectfully submitted,

                Justin E. Herdman
                U.S. Attorney, Northern District of Ohio

By:    /s/ James L. Morford                .
       James L. Morford (Ohio: 0005657)
       Assistant United States Attorney, N.D. Ohio
       Carl B. Stokes U.S. Court House
       801 West Superior Avenue, Suite 400
       Cleveland, Ohio 44113
       216.622.3743 / Fax: 216.522.7499
       James.Morford@usdoj.gov

**CERTIFICATE OF SERVICE**

    It is hereby certified that on this 28th day of September, 2018, a copy of the foregoing Notice of Service - Re: Guanghua Zheng and Fujing Zheng was filed electronically.  Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                             /s/ James L. Morford                .
                                           James L. Morford (Ohio: 0005657)
                                           Assistant United States Attorney, N.D. Ohio